IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE DE JESUS ZAZUETA-CANO,<br><br>Defendant. | 8:20CR305<br><br>FINAL ORDER<br>OF FORFEITURE |

This matter is before the Court on the government's Motion for Final Order of Forfeiture Money Judgment (Filing No. 48) in the amount of $26,105.00. The Court has reviewed the record in this case and finds as follows:

1. On June 30, 2021, the Court entered a Preliminary Order of Forfeiture Money Judgment (Filing No. 43), *see* 21 U.S.C. § 853, based on Jose De Jesus Zazueta-Cano pleading guilty to Count I of the Indictment (Filing No. 17) and admitting the Forfeiture Allegation.

2. On August 31, 2021, the government filed a Declaration of Publication (Filing No. 47) regarding the posting of a Notice of Criminal Forfeiture, which was posted on an official internet government forfeiture website, www.forfeiture.gov, for at least thirty consecutive days.

3. The Court has reviewed the filings and finds no person or entity has filed a petition asserting a claim in the subject property.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture Money Judgment (Filing No. 48) is granted.
2. Defendant Jose De Jesus Zazueta-Cano is liable for a forfeiture money judgment in the amount of $26,105.00.
3. The government is directed to dispose of that currency in accordance with the law.
4. The forfeiture money judgment is final.

Dated this 7th day of October 2021.

                BY THE COURT:

                *[signature]*
                Robert F. Rossiter, Jr.
                Chief United States District Judge